**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tenniswood, Inc** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Vick's Cleaners** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1714732** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **2965 W. Navy Blvd** **Pensacola, FL 32505** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Escambia** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | **www.vickscleaners.com** |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor **Tenniswood, Inc**
_____    Case number (_if known_) _____
Name

**7.** **Describe debtor's business**    A. _Check one:_

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. _Check all that apply_

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2320

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

_Check one:_

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. _Check **all** that apply:_

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Tenniswood, Inc**                                        Case number (*if known*) _____
_____
Name

**10.  Are any bankruptcy cases**
**pending or being filed by a**          ■ No
**business partner or an**               ☐ Yes.
**affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list                 Debtor  _____    Relationship  _____

                                       District _____  When _____  Case number, if known  _____

**11.  Why is the case filed in**   *Check all that apply:*
**this district?**
                    ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                         preceding the date of this petition or for a longer part of such 180 days than in any other district.

                    ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**      ■ No
**have possession of any**           ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**                     **Why does the property need immediate attention?** (*Check all that apply.*)

                             ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                 What is the hazard? _____

                             ☐ It needs to be physically secured or protected from the weather.

                             ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                 livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                             ☐ Other _____

                             **Where is the property?**  _____
                                                        Number, Street, City, State & ZIP Code

                             **Is the property insured?**

                             ☐ No

                             ☐ Yes.   Insurance agency  _____

                                      Contact name     _____

                                      Phone            _____

■■■■■■■  **Statistical and administrative information**

**13.  Debtor's estimation of**  .   *Check one:*
**available funds**
                    ■ Funds will be available for distribution to unsecured creditors.

                    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**     ■ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
**creditors**                    ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                 ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                 ☐ 200-999

**15.  Estimated Assets**        ☐ $0 - $50,000            ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                                 ■ $100,001 - $500,000     ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16.  Estimated liabilities**   ☐ $0 - $50,000            ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor    **Tenniswood, Inc**
          Name                                                    Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Tenniswood, Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2023**
MM / DD / YYYY

**X /s/ Mark Tenniswood**                    **Mark Tenniswood**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ J. Steven Ford**                    Date **May 18, 2023**
Signature of attorney for debtor                MM / DD / YYYY

**J. Steven Ford**
Printed name

**Wilson, Harrell, Farrington, Ford, et, al**
Firm name

**307 S. Palafox Street**
**Pensacola, FL 32502**
Number, Street, City, State & ZIP Code

Contact phone    **850-438-1111**        Email address    **sford@wilsonharrell.com**

**512869 FL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name __**Tenniswood, Inc**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**May 18, 2023**__          X *__/s/ Mark Tenniswood__*
                                     Signature of individual signing on behalf of debtor

                                     __**Mark Tenniswood**__
                                     Printed name

                                     __**President**__
                                     Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tenniswood, Inc** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aflac 1932 Wynton Rd Columbus, GA 31999** | | **Insurance** | | | | **$1,818.52** |
| **Amexp-Corp 200 Versey St New York, NY 10285** | | **Credit card** | | | | **$74,355.78** |
| **Amexp-Corp 200 Versey St New York, NY 10285** | | **Credit Card** | | | | **$31,204.34** |
| **Auto Save 2701 Pace Blvd Pensacola, FL 32505** | | **Vendor** | | | | **$4,478.17** |
| **Brixmore 23rd Street Station Owner, LLC c/o Brixmore Property Group PO Box 645321 Cincinnati, OH 45264-5321** | | **Lease** | | | | **$15,033.00** |
| **Chem-Dry on the the Shore 2835 S Pine St Foley, AL 36535** | | **Vendor** | | | | **$4,987.30** |
| **CHEMAQUA PO Box 971269 Dallas, TX 75397** | | **Vendor** | | | | **$5,700.93** |
| **ECUA PO Box 18870 Pensacola, FL 32523** | | **Utility** | | | | **$4,977.19** |
| **ESC Heating and Air 7490 Belgium Rd Pensacola, FL 32526** | | **Vendor** | | | | **$30,173.98** |

| Debtor | **Tenniswood, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fabriclean Supply 1200 Second Ave North Birmingham, AL 35203** | | Vendor | | | | $17,455.37 |
| **Florida Blue PO Box 660299 Dallas, TX 75266** | | Insurance | | | | $2,711.72 |
| **Harris Business 485 Harrison Ave Panama City, FL 32401** | | Vendor | | | | $2,454.68 |
| **HSB Tiger Point, LLC PO Box 31080 Tampa, FL 33630** | | Lease | Unliquidated | | | $20,412.20 |
| **Pure Health Solutions PO Box 5066 Hartford, CT 06102** | | Vendor | | | | $5,504.00 |
| **SBA Economic Injury Disaster Loan 14925 Kingsport Rd Fort Worth, TX 76155-2243** | | Loan | | $150,000.00 | $0.00 | $150,000.00 |
| **Southern Cloud Acct LLC 14 Live Oak St A-10 Gulf Breeze, FL 32561** | | Vendor | | | | $12,003.00 |
| **Synovus Bank PO Box 20016 Kennesaw, GA 30156** | | Loan | | $1,526,711.00 | $150,000.00 | $1,376,711.00 |
| **Vicks Properties, Inc PO Box 30070 Pensacola, FL 32503** | | Note | | $227,000.00 | $0.00 | $227,000.00 |
| **Westbrook Properties, LLC c/o Beck Partners CRE LLC 151 W Maint St Suite 200 Pensacola, FL 32502** | | Lease | | | | $5,996.08 |
| **WOC Gulf Breeze LLC C/O NAI Pensacola PO Box 714454 Cincinnati, OH 45271** | | Lease | | | | $13,203.46 |

**Fill in this information to identify the case:**

Debtor name  **Tenniswood, Inc**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................................................  $ 214,164.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................  $ 214,164.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ 1,903,711.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................................  $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................  +$ 270,222.49

4. **Total liabilities** .........................................................................................................................................
   Lines 2 + 3a + 3b

   $ 2,173,933.49

**Fill in this information to identify the case:**

Debtor name   **Tenniswood, Inc**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**       **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.       **Cash on hand** | **$2,500.00** |

3.       **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
         Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

| 3.1. | **Synovus Bank** | **Checking** | **2623** | **$21,500.00** |
|---|---|---|---|---|
| 3.2. | **Synovus Bank** | **Checking** | **2680** | **$23,037.00** |

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | **$47,037.00** |

**Part 2:**       **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

| 7.1. | **Deposits** | **Unknown** |
|---|---|---|

Debtor    **Tenniswood, Inc**_____    Case number *(If known)* _____
              Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                                         | **$0.00** |
       Add lines 7 through 8. Copy the total to line 81.                                            _____

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **27,677.00**    -    **0.00**    = ....    **$27,677.00**
                                          face amount              doubtful or uncollectible accounts


11b. Over 90 days old:    **100,000.00**    -    **0.00**    =....    **$100,000.00**
                                     face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                                        | **$127,677.00** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.        _____

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** <br> **Office furniture** | **$0.00** | | **$2,200.00** |

Debtor    **Tenniswood, Inc**_____    Case number *(If known)* _____
          Name

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**
       **Computers, Copiers**    $0.00    $1,000.00

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**    $3,200.00
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2005 Ford Van E250** | $0.00 | | $500.00 |
| 47.2.    **2006 Ford Van E150** | $0.00 | | $500.00 |
| 47.3.    **2011 Ford E150 Van** | $0.00 | | $1,250.00 |
| 47.4.    **2011 Ford E150 Van** | $0.00 | | $1,250.00 |
| 47.5.    **2011 Ford E250 Cargo** | $0.00 | | $500.00 |
| 47.6.    **2012 Ford E150 Van** | $0.00 | | $1,250.00 |
| 47.7.    **2014 Nissan NV cargo** | $0.00 | | $4,500.00 |
| 47.8.    **2014 Nissan NV200 cargo** | $0.00 | | $1,500.00 |
| 47.9.    **2014 Buick Regal** | $0.00 | | $3,500.00 |

Debtor **Tenniswood, Inc** _____   Case number *(If known)* _____
Name

| 47.10. | **2004 Ford Van E150** | **$0.00** | | **$500.00** |
|---|---|---|---|---|
| 47.11. | **2005 Ford E150** | **$0.00** | | **$1,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

| **$16,250.00** |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☑ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Non-Compete** | **$20,000.00** | | **$20,000.00** |
| 65. **Goodwill** **Goodwill** | **$0.00** | | **$0.00** |

Debtor    **Tenniswood, Inc**_____         Case number *(If known)* _____
       <sub>Name</sub>

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$20,000.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Tenniswood, Inc**                                           Case number *(If known)* _____
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $47,037.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $127,677.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $16,250.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $20,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $214,164.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $214,164.00 |

**Fill in this information to identify the case:**

Debtor name **Tenniswood, Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** | **SBA Economic Injury Disaster Loan**
Creditor's Name

**14925 Kingsport Rd**
**Fort Worth, TX 76155-2243**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8210**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket Lien on equipment**

**Describe the lien**
**Blanket Lien on equipment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$150,000.00**     Column B: **$0.00**

**2.2** | **Synovus Bank**
Creditor's Name

**PO Box 20016**
**Kennesaw, GA 30156**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Blanket Lien on equipment**

**Describe the lien**
**Blanket Lien on equipment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$1,526,711.00**     Column B: **$150,000.00**

Debtor    **Tenniswood, Inc**
_____    Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Vicks Properties, Inc** | | | | |
|---|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien    $227,000.00    $0.00
**Blanket Lien on equipment**

**PO Box 30070**
**Pensacola, FL 32503**

Creditor's mailing address

Describe the lien
**Blanket Lien on equipment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,903,711.00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **Tenniswood, Inc**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:  List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,818.52 |
|---|---|---|---|
|  | **Aflac** <br> **1932 Wynton Rd** <br> **Columbus, GA 31999** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Insurance** <br><br> Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $354.66 |
|---|---|---|---|
|  | **Air Gas** <br> **PO Box 734672** <br> **Dallas, TX 75373** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Vendor** <br><br> Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,346.41 |
|---|---|---|---|
|  | **Allied Waste** <br> **PO Box 9001632** <br> **Louisville, KY 40290** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Vendor** <br><br> Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|
|  | **Amer Fund** <br> **PO Box 2560** <br> **Norfolk, VA 23501** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Employee benefit** <br><br> Is the claim subject to offset? ■ No ☐ Yes |  |

50009

Debtor    **Tenniswood, Inc**
_____    Case number (if known) _____
          Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,355.78 |

**3.5**   Nonpriority creditor's name and mailing address

**Amexp-Corp**
**200 Versey St**
**New York, NY 10285**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$74,355.78**

---

**3.6**   Nonpriority creditor's name and mailing address

**Amexp-Corp**
**200 Versey St**
**New York, NY 10285**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$31,204.34**

---

**3.7**   Nonpriority creditor's name and mailing address

**Asher Business Systems LLC**
**PO Box 711**
**Lithia Springs, GA 30122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,145.00**

---

**3.8**   Nonpriority creditor's name and mailing address

**Auto Save**
**2701 Pace Blvd**
**Pensacola, FL 32505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$4,478.17**

---

**3.9**   Nonpriority creditor's name and mailing address

**Brixmore 23rd Street Station Owner, LLC**
**c/o Brixmore Property Group**
**PO Box 645321**
**Cincinnati, OH 45264-5321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$15,033.00**

---

**3.10**   Nonpriority creditor's name and mailing address

**Chem-Dry on the the Shore**
**2835 S Pine St**
**Foley, AL 36535**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$4,987.30**

---

**3.11**   Nonpriority creditor's name and mailing address

**CHEMAQUA**
**PO Box 971269**
**Dallas, TX 75397**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,700.93**

---

| Debtor | **Tenniswood, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,078.47**

**Covers Etc. #120**
**14473 Stonegate Manor Dr**
**Gonzales, LA 70737**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,155.53**

**Crawford Contractor Connection**
**PO Box 917373**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$476.46**

**De Lag Landen Financial**
**PO Box 41602**
**Philadelphia, PA 19101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,977.19**

**ECUA**
**PO Box 18870**
**Pensacola, FL 32523**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,173.98**

**ESC Heating and Air**
**7490 Belgium Rd**
**Pensacola, FL 32526**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,455.37**

**Fabriclean Supply**
**1200 Second Ave North**
**Birmingham, AL 35203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,026.60**

**Fletchers Towing**
**121 Van Pelt Lane**
**Pensacola, FL 32505**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Tenniswood, Inc**
_____   Case number (if known) _____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,711.72 |
|---|---|---|---|

**Florida Blue**
**PO Box 660299**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,730.07 |
|---|---|---|---|

**Florida Power and Light**
**4200 W Flagler Street**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Electric**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,454.68 |
|---|---|---|---|

**Harris Business**
**485 Harrison Ave**
**Panama City, FL 32401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,584.89 |
|---|---|---|---|

**Hiller**
**5040 Commerce Park Circle**
**Pensacola, FL 32502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,412.20 |
|---|---|---|---|

**HSB Tiger Point, LLC**
**PO Box 31080**
**Tampa, FL 33630**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,292.64 |
|---|---|---|---|

**JD Performance Auto**
**3715 Navy Blvd.**
**Pensacola, FL 32507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $984.34 |
|---|---|---|---|

**Mark Tenniswood**
**2676 Edmund Dr.**
**Gulf Breeze, FL 32563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expense reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Tenniswood, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,386.64** |
|---|---|---|---|

**Pitney Works**
PO Box 856042
Louisville, KY 40285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,504.00** |
|---|---|---|---|

**Pure Health Solutions**
PO Box 5066
Hartford, CT 06102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Safety & Environ. Compliance Counsult,**
N16821 N Lake Lane
Pembine, WI 54156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SJF Tiger Point LLC**
c/o Wiles and Wiles
800 Kennesaw Ave
Suite 400
Marietta, GA 30060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,003.00** |
|---|---|---|---|

**Southern Cloud Acct LLC**
14 Live Oak St
A-10
Gulf Breeze, FL 32561

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,665.56** |
|---|---|---|---|

**Staples Business Advance**
PO Box 105638
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,996.08** |
|---|---|---|---|

**Westbrook Properties, LLC**
c/o Beck Partners CRE LLC
151 W Maint St
Suite 200
Pensacola, FL 32502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Tenniswood, Inc**                                          Case number (if known) _____

          Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.50 |

**Winchester**
**PO Box 3011**
**Pensacola, FL 32516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,203.46 |

**WOC Gulf Breeze LLC**
**C/O NAI Pensacola**
**PO Box 714454**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Caine & Weiner**<br>**5804 Sepolveda Blvd**<br>**4th Floor**<br>**Sherman Oaks, CA 91411** | Line  **3.14**<br><br>☐ Not listed. Explain ____ | **9541** |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 270,222.49 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 270,222.49 |

**Fill in this information to identify the case:**

Debtor name **Tenniswood, Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease: Panama City Beach** | |
| | State the term remaining | **1 year** | **Brixmore 23rd Street Station Owner, LLC c/o Brixmore Property Group PO Box 645321 Cincinnati, OH 45264-5321** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease; 2915 W Navy Blvd, Pensacola, FL 32505** | |
| | State the term remaining | **5 years** | **Vicks Properties, Inc PO Box 30070 Pensacola, FL 32503** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease; 2965 W Navy Blvd. Pensacola, FL 32505** | |
| | State the term remaining | **5 years** | **Vicks Properties, Inc PO Box 30070 Pensacola, FL 32503** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease; 1122 N 9th Ave, Pensacola, FL 32501** | |
| | State the term remaining | **5 years** | **Vicks Properties, Inc PO Box 30070 Pensacola, FL 32503** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Tenniswood, Inc** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease; 4301 Woodbine Rd, Milton, FL 32571** | |
|---|---|---|---|
| | State the term remaining | **5 years** | **Vicks Properties, Inc**<br>**PO Box 30070**<br>**Pensacola, FL 32503** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease; 6425 N 9th Ave, Pensacola, FL 32504** | |
|---|---|---|---|
| | State the term remaining | **5 years** | **Vicks Properties, Inc**<br>**PO Box 30070**<br>**Pensacola, FL 32503** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease; 2144 W. Nine Mile Rd, Pensacola, FL 32534** | |
|---|---|---|---|
| | State the term remaining | **22 months** | **Westbrook Properties, LLC**<br>**c/o Beck Partners CRE LLC**<br>**151 W Maint St**<br>**Suite 200**<br>**Pensacola, FL 32502** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name          **Tenniswood, Inc**

United States Bankruptcy Court for the:          NORTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Mark Tenniswood** | **2676 Edmund Dr. Gulf Breeze, FL 32563 Vicks Properties** | **Synovus Bank** | ☑ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Mark Tenniswood** | **2676 Edmund Dr. Gulf Breeze, FL 32563** | **HSB Tiger Point, LLC** | ☐ D _____ ☑ E/F __3.23__ ☐ G _____ |
| 2.3 | **Mark Tenniswood** | **2676 Edmund Dr. Gulf Breeze, FL 32563** | **Brixmore 23rd Street Station Owner, LLC** | ☐ D _____ ☑ E/F __3.9__ ☐ G _____ |
| 2.4 | **Mark Tenniswood** | **2676 Edmund Dr. Gulf Breeze, FL 32563** | **SJF Tiger Point LLC** | ☐ D _____ ☑ E/F __3.29__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Tenniswood, Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,200,000.00** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$3,251,521.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | **Insurance** | **$743,000.00** |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor   **Tenniswood, Inc**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **Vicks Properties, Inc**<br>**PO Box 30070**<br>**Pensacola, FL 32503** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Mark Tenniswood**<br>**2676 Edmund Dr.**<br>**Gulf Breeze, FL 32563** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Synovus Bank**<br>**v**<br>**Tenniswood** | **2023 CA 34** | **Escambia County Clerk**<br>**P.O. Box 333**<br>**Pensacola, FL 32591-0333** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **SJF Tiger Point LLC and HSB Tiger Point LLC**<br>**v**<br>**Tenniswood Inc**<br>**2022 CC 2097** | **Civil** | **Santa Rosa County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Tenniswood, Inc**                              Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3.   **American Express**<br>v<br>**Tenniswood, Inc** | | **New York**<br>**NY** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **J. Steven Ford**<br>**Wilson, Harrell, Farrington, Ford,**<br>**Wilson, Spain & Parsons P.A.**<br>**307 S. Palafox ST**<br>**Pensacola, FL 32502** | | **05/18/2023** | **$15,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor    **Tenniswood, Inc**                                            Case number *(if known)*

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Tenniswood, Inc**                                        Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
    |---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

    | Owner's name and address | Location of the property | Describe the property | Value |
    |---|---|---|---|
    | **Various** | | **Consumer's clothing** | **$0.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

---

Debtor   **Tenniswood, Inc** _____   Case number *(if known)* _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Julie Pearson** **2965 W. Navy Blvd.** **Pensacola, FL 32505** | **2017-present** |
| 26a.2. **Southern Cloud Acct LLC** **Paul Barrett, CPA** **PO Box 369** **Gulf Breeze, FL 32561** | **2017-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Julie Peason** **2965 W. Navy Blvd.** **Pensacola, FL 32505** | **2017-Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Southern Cloud Acct LLC** **Paul Barrett, CPA** **14 Live Oak St-A-10** **Gulf Breeze, FL 32561** | **2017-Present** |

Debtor   **Tenniswood, Inc**     Case number *(if known)*

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Tenniswood, Inc**<br>**2965 W. Navy Blvd**<br>**Pensacola, FL 32505** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Synovus Bank**<br>**PO Box 20016**<br>**Kennesaw, GA 30156** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Tenniswood** | **2676 Edmund Dr.**<br>**Gulf Breeze, FL 32563** | **President** | **100** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Mark Tenniswood**<br>**2676 Edmund Dr.**<br>**Gulf Breeze, FL 32563** | | | **Salary** |
| **Relationship to debtor** | | | |

Debtor    **Tenniswood, Inc**                                        Case number *(if known)*

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 18, 2023**

**/s/ Mark Tenniswood**                                  **Mark Tenniswood**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Florida

In re **Tenniswood, Inc** _____ Case No. _____
Debtor(s)                          Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................... $ _____**0.00**

   Prior to the filing of this statement I have received ................... $ _____**0.00**

   Balance Due ............................................................................ $ _____**0.00**

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 18, 2023** _____          **/s/ J. Steven Ford**
_Date_                                        **J. Steven Ford**
                                              _Signature of Attorney_
                                              **Wilson, Harrell, Farrington, Ford, et, al**
                                              **307 S. Palafox Street**
                                              **Pensacola, FL 32502**
                                              **850-438-1111  Fax: 850-432-8500**
                                              **sford@wilsonharrell.com**
                                              _Name of law firm_

# United States Bankruptcy Court
## Northern District of Florida

In re    **Tenniswood, Inc**                                      Case No.
                                    Debtor(s)        Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark Tenniswood<br>2676 Edmund Dr.<br>Gulf Breeze, FL 32563** | | **10,000** | **Stock** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 18, 2023**                          Signature    **/s/ Mark Tenniswood**
                                                              **Mark Tenniswood**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Florida

In re    **Tenniswood, Inc** _____    Case No. _____
                                    Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 18, 2023** _____        **/s/ Mark Tenniswood** _____
                                    **Mark Tenniswood**/**President**
                                    Signer/Title

Tenniswood, Inc
2965 W. Navy Blvd
Pensacola, FL 32505

Auto Save
2701 Pace Blvd
Pensacola, FL 32505

ECUA
PO Box 18870
Pensacola, FL 32523

J. Steven Ford
Wilson, Harrell, Farrington, Ford, et, al
307 S. Palafox Street
Pensacola, FL 32502

Brixmore 23rd Street Station Owner, LLC
c/o Brixmore Property Group
PO Box 645321
Cincinnati, OH 45264-5321

ESC Heating and Air
7490 Belgium Rd
Pensacola, FL 32526

Aflac
1932 Wynton Rd
Columbus, GA 31999

Brixmore 23rd Street Station Owner, LLC
c/o Brixmore Property Group
PO Box 645321
Cincinnati, OH 45264-5321

Fabriclean Supply
1200 Second Ave North
Birmingham, AL 35203

Air Gas
PO Box 734672
Dallas, TX 75373

Caine & Weiner
5804 Sepolveda Blvd
4th Floor
Sherman Oaks, CA 91411

Fletchers Towing
121 Van Pelt Lane
Pensacola, FL 32505

Allied Waste
PO Box 9001632
Louisville, KY 40290

Chem-Dry on the the Shore
2835 S Pine St
Foley, AL 36535

Florida Blue
PO Box 660299
Dallas, TX 75266

Amer Fund
PO Box 2560
Norfolk, VA 23501

CHEMAQUA
PO Box 971269
Dallas, TX 75397

Florida Power and Light
4200 W Flagler Street
Miami, FL 33134

Amexp-Corp
200 Versey St
New York, NY 10285

Covers Etc. #120
14473 Stonegate Manor Dr
Gonzales, LA 70737

Harris Business
485 Harrison Ave
Panama City, FL 32401

Amexp-Corp
200 Versey St
New York, NY 10285

Crawford Contractor Connection
PO Box 917373

Hiller
5040 Commerce Park Circle
Pensacola, FL 32502

Asher Business Systems LLC
PO Box 711
Lithia Springs, GA 30122

De Lag Landen Financial
PO Box 41602
Philadelphia, PA 19101

HSB Tiger Point, LLC
PO Box 31080
Tampa, FL 33630

JD Performance Auto
3715 Navy Blvd.
Pensacola, FL 32507

SBA Economic Injury Disaster Loan
14925 Kingsport Rd
Fort Worth, TX 76155-2243

Vicks Properties, Inc
PO Box 30070
Pensacola, FL 32503

Mark Tenniswood
2676 Edmund Dr.
Gulf Breeze, FL 32563

SJF Tiger Point LLC
c/o Wiles and Wiles
800 Kennesaw Ave
Suite 400
Marietta, GA 30060

Vicks Properties, Inc
PO Box 30070
Pensacola, FL 32503

Mark Tenniswood
2676 Edmund Dr.
Gulf Breeze, FL 32563

Southern Cloud Acct LLC
14 Live Oak St
A-10
Gulf Breeze, FL 32561

Westbrook Properties, LLC
c/o Beck Partners CRE LLC
151 W Maint St
Suite 200
Pensacola, FL 32502

Mark Tenniswood
2676 Edmund Dr.
Gulf Breeze, FL 32563

Staples Business Advance
PO Box 105638
Atlanta, GA 30348

Westbrook Properties, LLC
c/o Beck Partners CRE LLC
151 W Maint St
Suite 200
Pensacola, FL 32502

Mark Tenniswood
2676 Edmund Dr.
Gulf Breeze, FL 32563

Synovus Bank
PO Box 20016
Kennesaw, GA 30156

Winchester
PO Box 3011
Pensacola, FL 32516

Mark Tenniswood
2676 Edmund Dr.
Gulf Breeze, FL 32563

Vicks Properties, Inc
PO Box 30070
Pensacola, FL 32503

WOC Gulf Breeze LLC
C/O NAI Pensacola
PO Box 714454
Cincinnati, OH 45271

Pitney Works
PO Box 856042
Louisville, KY 40285

Vicks Properties, Inc
PO Box 30070
Pensacola, FL 32503

Pure Health Solutions
PO Box 5066
Hartford, CT 06102

Vicks Properties, Inc
PO Box 30070
Pensacola, FL 32503

Safety & Environ. Compliance Counsult,
N16821 N Lake Lane
Pembine, WI 54156

Vicks Properties, Inc
PO Box 30070
Pensacola, FL 32503

# United States Bankruptcy Court
## Northern District of Florida

In re   **Tenniswood, Inc**  _____

Debtor(s)

Case No. _____

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tenniswood, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 18, 2023** _____

Date

**/s/ J. Steven Ford** _____

**J. Steven Ford**

Signature of Attorney or Litigant

Counsel for   **Tenniswood, Inc** _____

**Wilson, Harrell, Farrington, Ford, et, al**

**307 S. Palafox Street**
**Pensacola, FL 32502**
**850-438-1111 Fax:850-432-8500**
**sford@wilsonharrell.com**